# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**TIMOTHY GUNN**                                                           **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO. 2:09CV114-P-S**

**CITY OF CLEVELAND, CHIEF BUSTER
BINGHAM IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, BRYAN GOZA
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY, GARY GALLOWAY IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY,
GREG PERKINS IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY, GEORGE
SERIO IN HIS INDIVIDUAL AND
OFFICIAL CAPACITIES**                                     **DEFENDANTS**

## ORDER STAYING CASE

Local Rule 16.1 (B)(4) provides that "filing of an immunity defense motion shall stay the attorney conference and disclosure requirements and all discovery not related to the immunity issue, pending the court's ruling on the motion issue." The court finds the defendants herein have raised immunity by separate motion, as required by Local Rule 16(B)(4)(a).

**IT IS, THEREFORE, ORDERED** that all proceedings in this case are hereby **STAYED.** However, the parties shall direct any request for immunity-related discovery to the District Judge. Further, the Defendants shall notify the undersigned within ten (10) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

This 23rd day of July, 2009.

                                                                                /s/ David A. Sanders
                                                                                U.S. Magistrate Judge